LOUIS R. ZOCCA, Respondent, v. HARRY GRIMES and Others, Defendants, Impleaded with GIMPEL BROS., Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ELIZABETH MURPHY, Appellant, v. WILLIAM F. CAREY, as Treasurer and Trustee of the Relief and Pension Fund of the Department of Street Cleaning, Respondent. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BERNANKE, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JACOB KYMAN, Appellant, v. THE CITY OF NEW YORK, Respondent, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BRUNSWICK REALTY COMPANY, Appellant, v. HARRY J. ALTMAN & SON, INC., Defendant, Impleaded with HENRY RUBIN and Another, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANNA SWIFT, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPH MELVILLE, Appellant, v. MELVILLE MEN'S WEAR, INC., and IRVING FERMAN, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application for a Compulsory Accounting in the Estate of EDA W. SEMKEN, Deceased. In the Matter of the Petition of THE NEW YORK ASSOCIATION FOR THE BLIND, a Legatee under the Last Will and Testament of EDA W. SEMKEN, for a Determination as to the Construction and Effect of the Disposition of Property Contained in the Last Will and Testament of EDA W. SEMKEN, Deceased. THE NEW YORK ASSOCIATION FOR THE BLIND, Petitioner, Appellant; GEORGE H. SEMKEN, Individually and as Executor, etc., and Others, Respondents.— Decree, so far as appealed from, affirmed, with costs to the respondent George H. Semken, individually and as executor, etc., payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., dissents and votes for a direction to the executor to account for and pay over pursuant to paragraph Eighth of the will.

CHARLES W. LANDO, Respondent, v. IRVING D. ROSENBERG and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NOEL MEADOW, Respondent, v. ROLESTAN MANUFACTURING CORP., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.